58 A.3d 1175

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
NATHANIEL SMITH, DEFENDANT–PETITIONER.

March 29, 2012.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate

Division for reconsideration in light of *State v. Hernandez*, 208 *N.J.* 24, 26 *A.*3d 376 (2011). Jurisdiction is not retained.